BOII

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 2:22-cr-283 |
| ) | |
| v. ) | (18 U.S.C § 2422(b)) |
| ) | |
| HUTHAYFA ALMASSRI ) | |

## INDICTMENT

## COUNT ONE

The grand jury charges:

From on or about June 14, 2022, until on or about October 16, 2022, in the Western District of Pennsylvania and elsewhere, the defendant, HUTHAYFA ALMASSRI, did use a facility and means of interstate commerce, specifically the Internet and a cellular telephone network, to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen (18) years to engage in any sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

FILED

NOV 09 2022

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## FORFEITURE ALLEGATIONS

1. The allegations contained in Count One of this Indictment are incorporated herein by reference as though fully set forth herein for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 2428(a)(1).

2. As a result of the commission of the violation of Title 18, United States Code, Section 2422(b), as charged in Count One of this Indictment, the following property, which was used to commit or to facilitate the commission of said violation is to be forfeited: One (1) Blue Redmi Cellular Telephone with Model Number M2003J6B2G.

WHEREFORE, the government seeks forfeiture of the Subject Property pursuant to Title 18, United States Code, Section 2428(a)(1).

A True Bill,

_____
FOREPERSON

_____
CINDY K. CHUNG
United States Attorney
PA ID No. 317227

_____
HEIDI M. GROGAN
Assistant United States Attorney
PA ID No. 203184

2