<u>CRIMINAL CASE INFORMATION SHEET</u>     2:22-cr-283

Pittsburgh __X__          Erie _____          Johnstown _____

Related to No. _____  Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. _X_ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: Huthayfa Almassri

Is indictment waived: ____ Yes  _X_ No

Pretrial Diversion: ____ Yes  _X_ No

Juvenile proceeding: ____ Yes  _X_ No

Defendant is: _X_ Male  ____ Female

Superseding indictment or information: ____ Yes  _X_ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on government's motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred: Allegheny

Previous proceedings before Magistrate Judge: Lisa Pupo Lenihan

Case No.: 22-mj-1383

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | 10/17/2022 | |
| Defendant: | __X__ is in custody | ____ is not in custody |
| Name of Institution: | Allegheny County Jail | |
| Custody is on: | __X__ this charge | ____ another charge |
| | ____ another conviction | |
| | ____ State | __X__ Federal |
| Detainer filed: | ____ yes | __X__ no |
| Date detainer filed: | | |
| Total defendants: | 1 | |
| Total counts: | 1 | |
| Data below applies to defendant No.: | 1 | |
| Defendant's name: | Huthayfa Almassri | |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 2422(b) | Attempted Coercion and Enticement of a Minor to Engage in Illegal Sexual Activity | X | |

FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE: November 9, 2022            /s/Heidi M. Grogan
                                                  HEIDI M. GROGAN
                                                  Assistant U.S. Attorney
                                                  PA ID No. 203184