# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### CLERK OF COURT

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                            Case No.: 2:22–cr–00283–MJH

                                                     Judge Marilyn J. Horan

ALMASSRI HUTHAYFA

                          Defendant.

## NOTICE OF ARRAIGNMENT

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    NOTICE OF ARRAIGNMENT as to *ALMASSRI HUTHAYFA*. Arraignment set for 11/17/2022 at 10:00 AM in Video Conference before Magistrate Judge Cynthia Reed Eddy. (jv)

                                   Joseph F. Weis, Jr. U. S. Courthouse
                                             700 Grant Street
                                           Pittsburgh, PA 15219

November 9, 2022

                                                            s/ Brandy S. Lonchena, Clerk
                                                        s/ Joe Ventresca, Deputy Clerk

NOTICE: YOU ARE HEREBY NOTIFIED THAT PRIOR AUTHORIZATION SHOULD BE OBTAINED FROM THE COURT FOR INVESTIGATIVE, EXPERT OR OTHER SERVICES PURSUANT TO THE CRIMINAL JUSTICE ACT, 18 U.S.C. SECTION 3006(E)(2) AND AUTHORIZATION MUST BE OBTAINED IF THE SERVICES WILL EXCEED THE STATUTORY MAXIMUM.